# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————————

**No. 201600232**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## ROBERT J. HABETS
Staff Sergeant (E-6), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Eugene H. Robinson, Jr., USMC.
For Appellant: Commander Richard E.N. Federico, JACG, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 13 October 2016

———————————————

Before MARKS, FULTON, and GLASER-ALLEN, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court